UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | File No 3:10CR208-RJC-DSC |
| | ) | |
| V. | ) | ORDER TO UNSEAL |
| | ) | INDICTMENT |
| (1) JOSEPH ALEXANDER CLINTON | ) | |
| (2) DAVENON FARMER | ) | |
| (3) TIMOTHY HERRON | ) | |
| (4) MICHAEL LAMONT MOORE | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment be unsealed,

**IT IS HEREBY ORDERED** that the Bill of Indictment be unsealed.

**SO ORDERED**.   Signed: October 18, 2010

_____
David S. Cayer
United States Magistrate Judge