IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-CR-00208-RJC-DSC

| USA | ) | |
| :-- | :-- | :-- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSEPH ALEXANDER CLINTON (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's Motion for a Sentence Reduction, (Doc. No. 230), which read liberally appears to seek compassionate release.

Local Criminal Rule 47.1(D) provides that the government is not required to respond to pro se motions unless ordered by the Court.

**IT IS, THEREFORE, ORDERED** that the government shall file a response to the Motion for Compassionate Release within fourteen (14) days of the entry of this Order.

Signed: February 16, 2022

Robert J. Conrad, Jr.
United States District Judge