UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10-cr-00208-RJC-DSC

| | | |
|---|---|---|
| USA | **)** | |
| | **)** | ORDER |
| vs. | **)** | |
| | **)** | |
| JOSEPH ALEXANDER CLINTON | **)** | |
| | **)** | |

**THIS MATTER** is before the Court upon letter of the defendant pro se for deferral of his payments until he is released from federal custody. (Doc. No. 236).

Apparently, the defendant is enrolled in the Inmate Financial Responsibility Program ("IFRP"). Participation in the IFRP is voluntary, and an inmate becomes eligible for certain benefits by her involvement in the program. 28 C.F.R. § 545.11 et seq. A team at a prison facility considers an inmate's financial information, monitors the amount of money in his trust account, and determines the required monthly payment for participation in the program.

Here, the Court ordered that payment of the defendant's criminal monetary penalties was due immediately and recommended participation in the IFRP. (Doc. No. 159: Judgment at 2, 6). In the motion, the defendant complains that the staff at his institution are attempting to enforce repayment. Assessment of the defendant's financial situation is most properly left to the discretion of the Bureau of Prisons. The defendant has the choice of whether to remain in the program or to challenge its execution through administrative remedies.

1

**IT IS, THEREFORE, ORDERED**, that the defendant's request to defer payments (Doc. No. 236) is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: August 14, 2023

Robert J. Conrad, Jr.
United States District Judge